UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| KEITH HENDERSON, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | 6:14-cv-92 |
| JAMES E. TOOLE et al., | ) |  |
| Defendants. | ) |  |

## ORDER

Keith Henderson brings an action against court employees under 42 U.S.C. § 1983. ECF No. 1. He filed this action in the Northern District of New York, *id.* at 1, and that court transferred it to the Southern District of Georgia, ECF No. 6. Judge Bowen has previously declared Henderson to be an abusive filer. *See* ECF No. 3:12-mc-002, ECF No. 1 at 5. Judge Bowen ordered that all further complaints by Henderson shall be consolidated in a miscellaneous case file and screened for compliance with 28 U.S.C. § 1915(g). *Id.* at 7-8. Accordingly the Court **ORDERS** the Clerk to close this case and forward the filings to Judge Bowen.

This 22nd day of August 2014.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA